```
                  UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF WASHINGTON
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR-05-162-FVS-3 |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION TO MODIFY CONDITIONS |
| | ) | OF RELEASE |
| RICHARD DARRELL JENNEN, | ) | |
| | ) | |
| Defendant. | ) | |

BEFORE THE COURT is Defendant's unopposed Motion to Modify Conditions of Release (Ct. Rec. 269, 274). For good cause shown, Defendant's conditions of release are **MODIFIED** to the extent Defendant's curfew shall be from **12:30 a.m. to 7:00 a.m.**

**IT IS SO ORDERED.**

DATED April 11, 2006.

                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 1